# UNITED STATES DISTRICT COURT

## for

## EASTERN DISTRICT OF NORTH CAROLINA
## SOUTHERN DIVISION

**U.S.A. vs. Shana Christine Hill**                                  **Docket No. 7:09-M-1077-1**

## Petition for Action on Probation

COMES NOW C. Lee Meeks, Jr., probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Shana Christine Hill, who, upon an earlier plea of guilty to Simple Possession of Marijuana, in violation of 21 U.S.C. § 844, was sentenced by the Honorable Robert B. Jones, Jr., U.S. Magistrate Judge, on May 12, 2010, to a 12-month term of probation under the standard conditions adopted by the court and the following additional conditions:

1.   The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

2.   The defendant shall consent to a warrantless search by a United States Probation Officer or, at the request of the probation officer, any other law enforcement officer, of the defendant's person and premises, including any vehicle, to determine compliance with the conditions of this judgment.

3.   The defendant shall pay a $400 fine and a $25 special assessment.

The defendant was originally placed on probation pursuant to 18 U.S.C. § 3607 on August 12, 2009. That term of probation was revoked as the result of new criminal conduct and drug use.

Since being convicted and sentenced on May 12, 2010, the defendant has been supervised in the Western District of Wisconsin. The Eastern District of Wisconsin (EDWI) is currently providing courtesy supervision.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

April 14, 2010, the defendant was placed on bail release in Jefferson County, Wisconsin, for the charges of Domestic Abuse, Battery, and Resisting an Officer (these charges were addressed at the 3607 revocation hearing). Bail release conditions prohibited new criminal conduct. Hill failed to comply with the April 2010 order when she was charged with Disorderly Conduct on July 15, 2010. On September 2, 2010, the defendant entered a guilty plea to the bail jumping charge and was sentenced to an 18-month term of probation. The disorderly conduct charge was read into the record for sentencing purposes.

Shana Christine Hill
Docket No. 7:09-M-1077-1
Petition For Action
Page 2

On May 17, 2010, Hill provided a urine specimen which tested positive for marijuana and cocaine. On June 4, 2010, the defendant provided a urine specimen which tested positive for marijuana. Additionally, she recently admitted to the EDWI probation officer that she has again used marijuana while being pregnant. It is noted the defendant is approximately 5 months into pregnancy.

In June 2010, Hill consented to a voluntary mental health placement and followed through with counseling sessions. She also moved from her unstable residence to her mother's residence in the EDWI as the result of ongoing domestic issues with her boyfriend.

Contact with the EDWI probation officer confirms Hill is residing with her mother and she is enrolled in anger management counseling. Additionally, the defendant has scheduled a substance abuse assessment. The undersigned probation officer and the EDWI probation officer agree a 60-day term of home detention with electronic monitoring will serve as an appropriate sanction to address the above violations. In consideration of the defendant's financial situation, the probation officer recommends the court not order the defendant to pay the cost for electronic monitoring. The probation officer will also be seeking a Transfer of Jurisdiction in this case so any future violations or issues may be addressed by the supervising district. Hill has no intention of returning to the Eastern District of North Carolina.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

1.    The defendant shall abide by all conditions and terms of the home detention program for a period not to exceed 60 consecutive days. The defendant shall be restricted to her residence at all times except for pre-approved and scheduled absences for employment, education, religious activities, treatment, attorney visits, court appearances, court obligations or other activities as approved by the probation officer. The defendant shall wear an electronic monitoring device and follow electronic monitoring procedures specified by the probation officer.

Shana Christine Hill
Docket No. 7:09-M-1077-1
Petition For Action
Page 3


Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

I declare under penalty of perjury that the foregoing is true and correct.


/s/ Kevin L. Connolley
Kevin L. Connolley
Supervising U.S. Probation Officer

/s/ C. Lee Meeks, Jr.
C. Lee Meeks, Jr.
U.S. Probation Officer
472-C Western Blvd.
Jacksonville, NC 28546-6862
Phone: (910) 347-9038
Executed On: October 26, 2010


## ORDER OF COURT

Considered and ordered this __26__ day of __October__ , 2010, and ordered filed and made a part of the records in the above case.

_____
Robert B. Jones, Jr.
U.S. Magistrate Judge