| Probation Form 22 (REV. MAR 05) | United States District Court Federal Probation System **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Transfer Court)* 7:09-M-1077-1 |
|---|---|---|
| | | DOCKET NUMBER *(Rec. Court)* |

| NAME OF OFFENDER **Shana Christine Hill** | DISTRICT **EASTERN NORTH CAROLINA** | DIVISION **SOUTHERN** |
|---|---|---|
| | NAME OF SENTENCING JUDGE **Robert B. Jones, Jr.** | |
| | DATES OF SUPERVISION → | FROM 05/12/2010 — TO 05/11/2011 |

**OFFENSE**

Simple Possession, 21 U.S.C. §844

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NORTH CAROLINA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the offender named above be transferred with the records of this court to the United States District Court for the Eastern District of Wisconsin upon that court's order of acceptance of jurisdiction. This court hereby expressly consents that the period of supervision may be changed by the district court to which this transfer is made without further inquiry of this court.*

October 27, 2010
Date

/s/ Robert Jones Jr.
U.S. Magistrate Judge

\* This sentence may be deleted in the discretion of the transferring court.

## PART 2 ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF WISCONSIN

FILED DEC 3 2010
DENNIS P. IAVARONE, CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

IT IS HEREBY ORDERED that jurisdiction over the above-named offender be accepted and assumed by this court from and after the entry of this order.

11-18-10
Effective date

/s/ William C. Griesbach
United States District Judge